UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEN
DENNIS BUENO #03R0562
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

08 Civ. 3275 (GBD)(JCF)

-against-

P. BEHRLE, Supt.

**APPLICATION FOR THE COURT TO REQUEST COUNSEL PURSUANT TO 18 U.S.C. § 3006A(g)**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

U.S. DISTRICT COURT FILED JUL 10 2008 S.D. OF N.Y.

1. Name of applicant. Dennis Bueno

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)

   I have no knowledge of state or federal law and court procedures. I won't be able respond effectively if I have too. Plus, an inmate is helping me fill this out.

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

   I tried speaking with my trial attorney Mr. Kratt, and writing to him to help me, but he has not responded nor contacted my mother who has been to his office too.

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

   SPANISH.

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: July 7, 2008

Signature

**MOTION DENIED**

*George B. Daniels*  JUL 2 2 2008
**HON. GEORGE B. DANIELS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Dennis Bueno  03R0562_
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_P. BEHRLE, Supt._

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

08 Civ. 3275 (gbd) (JcP)

**REQUEST TO PROCEED
IN FORMA PAUPERIS
FOR APPLICATION FOR THE
COURT TO REQUEST COUNSEL**

I, _Dennis Bueno_, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    _____

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    _$12.00 per month._

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    _My mother sometimes leaves me money for food. $30.00_

    a) Are you receiving any public benefits?     ☒ No.    ☐ Yes, $_____.
    b) Do you receive any income from any other source?   ☒ No.   ☐ Yes, $_____.

HON. GEORGE B. DANIELS

Rev 05/2007                    2

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☒ No.   ☐ Yes, $ _____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No.   ☐ Yes, _____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☒ No.   ☐ Yes, $ _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

None

8. State any special financial circumstances which the Court should consider.

I have no money to hire a lawyer to assist me with this Writ, and respectfully request this Court's permission in helping me find a lawyer to protect my rights in this matter.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __7th__ day of __July__, __2008__.
             date              month        year

_____
Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Dennis Bueno, #03R0562_
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

08 Civ. 3275 (gbd) (jcf)

- against -

_P. Behrle, Supt._

**AFFIRMATION OF SERVICE**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, _Dennis Bueno_, declare under penalty of perjury that I have
    (name)
served a copy of the attached _application to request Counsel and poor person form_.
                                    (document you are serving)
upon _Andrew Cuomo, NYS Atty General_ whose address is _Department of law,_
      (name of person served)
_The Capitol, Albany New York 12224-0341_
                        (where you served document)
by _United States Postal Services_.
    (how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: _Coxsackie_, _NY_
        (town/city)    (state)

_July_   _7_, _2008_
(month)  (day) (year)

Signature: _Dennis Bueno_

Address: _G.C.F., P.O. Box - 975_

City, State: _Coxsackie, New York_

Zip Code: _12051-0975_

Telephone Number: _N/A_

[Received stamp: JUL 15 P 4:35 PRO SE DOCKET UNIT RECEIVED]

Rev 05/2007