



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

(212) 416-6173

**SO ORDERED**

August 12, 2008

Hon. George B. Daniels
United State District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

*George B. Daniel*

**HON. GEORGE B. DANIELS**

Re: <u>Bueno v. New York State Department of Corrrectional
Services</u>, 08-cv-3275(GBD)

Your Honor:

I am an Assistant Attorney General in the office of Andrew
M. Cuomo, Attorney General of the State of New York, attorney for
respondent in the above-referenced matter. By order dated June
16, 2008, Your Honor directed respondent to file a response to
the amended petition within sixty-days. This letter is to
respectfully request an enlargement of time to October 31, 2008
to respond to the amended petition.

In order to respond to the amended petition and properly
brief the issues for Your Honor's consideration, I require
minutes respecting petitioner's sentencing. My paralegal informs
me that the minutes have been ordered but that they have not yet
been transcribed by the court reporter. I understand that we
should have the minutes in a few weeks. Although I should have
the minutes within a few weeks, I am respectfully seeking an
enlargement of time to October 31, 2008 because I have been
designated to respond to nine other habeas petitions before the
end of September 2008. Additionally, I have an argument in the
Second Circuit on September 12, 2008, and I will be starting a
hearing in the Southern District on October 2, 2008. And, I have

Hon. George B. Daniels
August 12, 2008
Page 2


long-standing family vacation plans out of state the last week in
August with my seven-year-old son.

For all of the above reasons, respondent respectfully
requests an extension of time to October 31, 2008 to respond to
the amended petition. This is respondent's first request for an
extension of time.

Mr. Bueno is incarcerated, and I have not spoken to him
regarding this request for an enlargement of time.

Although respondent is requesting an enlargement of time to
October 31, 2008 to file a response, if a response can be filed
earlier it will be.

Respectfully submitted,

Thomas B. Litsky

Thomas B. Litsky (TL-8970)
Assistant Attorney General
120 Broadway
New York, NY 10271

cc:   Dennis Bueno
      03-R-0562
      Green Correctional Facility
      P.O. Box 975
      Coxsackie, NY 12051